**Order entered September 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00577-CV

**LUIS ZAMORA, Appellant**

**V.**

**CHAMPION COOLER CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2013-2-063CV**

## ORDER

We **GRANT** court reporter Tammy Allen's request for extension of time to file record

and **ORDER** the reporter's record be filed no later than October 10, 2016.

/s/      CRAIG STODDART
         JUSTICE